UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Integrity Dominion Funds, LLC,

    Plaintiff,

v.

Lazy Deuce Capital Co., LLC;
Semita Partners LLC; Taurus Holdings,
LLC; Lex Acquisition Group, LLC;
Brent Johnson (third-party plaintiff);
Brian S. Baldwin; Frank W. Delahanty III
(third-party plaintiff); Kenneth Haglind;
Steve Haglind; Todd Bassinger; and Jeff
Cahill;

    Defendants,

v.

Jeff Hagen,

    Third-party defendant.

Case No.: 12-254 RHK/JSM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their respective counsel, that all of Plaintiff's claims against Defendants Taurus Holdings, LLC, Lex Acquisition Group, LLC, Steve Haglind, Todd Bassinger and Jeff Cahill only, are dismissed with prejudice, with each party bearing its own costs, disbursements and attorneys' fees. Plaintiff's claims against all other Defendants are not dismissed.

**THOMPSON HALL SANTI
 CERNY & DOOLEY**

Dated:  May 16, 2013                   By: *s/ Lucas J. Thompson*
                                           Lucas J. Thompson (#0345842)
                                           Mark C. Santi (#0392859)
                                       901 Marquette Avenue, Suite 1675
                                       Minneapolis, MN  55401
                                       Telephone:  612-466-0010
                                       Facsimile:  612-437-4500
                                       lthompson@twincitiesfirm.com
                                       msanti@thompsonhall.com

                                       **ATTORNEYS FOR PLAINTIFF**


**ANTHONY OSTLUND BAER
  & LOUWAGIE P.A.**

Dated:  May 16, 2013                   By: *s/ Steven M. Phillips*
                                           Steven M. Phillips (#0177659)
                                           Steven C. Kerbaugh (#0390429)
                                       90 South Seventh Street, Suite 3600
                                       Minneapolis, MN  55402
                                       Telephone:  612-349-6969
                                       Facsimile:  612-349-6996
                                       sphillips@aoblaw.com
                                       skerbaugh@aoblaw.com

                                       **ATTORNEYS FOR DEFENDANTS
                                       TAURUS HOLDINGS, LLC, LEX
                                       ACQUISITION GROUP, LLC, STEVE
                                       HAGLIND, TODD BASSINGER, AND
                                       JEFF CAHILL**