UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Integrity Dominion Funds, LLC,         Case No. 12-254 RHK/JSM

      Plaintiff,

v.

Lazy Deuce Capital Co., LLC; Semita Partners LLC; Taurus Holdings, LLC; Lex Acquisition Group, LLC; Brent Johnson (third-party plaintiff); Brian S. Baldwin; Frank W. Delahanty III (third-party plaintiff); Kenneth Haglind; Steve Haglind; Todd Bassinger; and Jeff Cahill;

      Defendant(s).

v.

Jeff Hagen;

      Third-Party defendant.
_____

### STIPULATION of DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that plaintiff's Third Amended Complaint in the above-entitled action may be dismissed with prejudice against defendant Kenneth Haglind pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and that the Court may enter an Order of Dismissal with prejudice.

2

                                                          THOMPSON HALL SANTI CERNY & DOOLEY

Dated:      6/28/2013            By: _____/s/_____
                                                Lucas J. Thompson (#345842)
                                          901 Marquette Ave, Suite 1675
                                          Minneapolis, MN 55402
                                          612-466-0070 | Direct
                                          612-466-0010 | Main
                                          612-437-4500 | Fax
                                          lthompson@thompsonhall.com
                                          *Attorneys for Plaintiff Integrity Dominion Funds, LLC*


                                                    HELEY, DUNCAN & MELANDER, PLLP

Dated:      6/28/2013            By: _____/s/_____
                                                Donald R. McNeil (#200840)
                                            8500 Normandale Lake Boulevard
                                            Suite 2110
                                            Minneapolis, Minnesota  55437
                                            (952) 841-0206
                                            *Attorneys for Defendant Ken Haglind*