AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Integrity Dominion Funds, LLC,

           Plaintiff,

V.

Lazy Deuce Capital Co., LLC, and Brent Johnson,

           Defendants.

V.

Jeff Hagen, Thomas Barrett, George Bakalov, H. Chris Poole, Integrity Dominion Capital, LLC, Dblaine Capital, LLC, David B Welliver,

           Third Party Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:   12-254 (RHK/JSM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

(1) Integrity's Amended Motion for Default Judgment (Doc. No. 137) is **GRANTED** and Integrity shall recover of Defendant Lazy Deuce Capital Co., LLC the sum of $3,368,133.33 plus reasonable costs and attorneys' fees;

(2) Integrity's remaining claims (see Doc. No. 53), Johnson's cross-claims and third-party claims (see Doc. No. 107), and Lazy Deuce's cross-claims and third-party claims (see Doc. No. 111) are **DISMISSED WITHOUT PREJUDICE** as the Court declines to exercise supplemental jurisdiction over them; and

(3) Johnson's Motion for Summary Judgment (Doc. No. 127) is **DENIED AS MOOT**.

| | |
|---|---|
| February 28, 2014 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/  M. Price |
| | (By)            M. Price   Deputy Clerk |