✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Integrity Dominion Funds, LLC, Plaintiff

### AMENDED JUDGMENT IN A CIVIL CASE

V.

Case Number:    12-cv-254 RHK/JSM

Lazy Deuce Capital Co., LLC, Lazy Deuce
Development Co., LLC, Semita Partners LLC,
Taurus Holdings, LLC, Lex Acquisition Group,
LLC, Brent Johnson, Brian S. Baldwin, Frank W.
Delahanty, III, Kenneth Haglind, Steven Haglind,
Todd Bassinger, Jeff Cahill, Defendants;

Frank W. Delahanty, III, Third Party Plaintiff,
V.
Jeff Hagen, Third Party Defendant;

Frank W. Delahanty, III, Cross Claimant,
V.
Brian S. Baldwin, Cross Defendant;

Brent Johnson, Cross Claimant,
V.
Brian S. Baldwin, Cross Defendant;

Brent Johnson, Third Party Plaintiff
V.
Jeff Hagen, Thomas Barrett, George Bakalov, H.
Chris Poole, Integrity Dominion Capital, LLC,
Dblaine Capital, LLC, David B. Welliver, Third
Party Defendants;

Lazy Deuce Capital Co., LLC, Cross Claimant,
V.
Brian S. Baldwin, Cross Defendant;

Lazy Deuce Capital Co., LLC, Third Party
Plaintiff,
V.
Jeff Hagen, Thomas Barrett, George Bakalov, H.
Chris Poole, Integrity Domion Capital, LLC,
Dblain Capital, LLC, David B. Welliver, Third
Party Defendants

Form Modified: 09/16/04

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court:

(1) Dismissed Plaintiff's claims against against Defendants Taurus Holdings, LLC, Lex Acquisition Group, LLC, Steve Haglind, Todd Bassinger, Jeff Cahill, Frank W. Delahanty III, Semita Partners LLC, Kenneth Haglind, and Brian Baldwin with prejudice (Doc. Nos. 95, 97, 98, and 132), upon stipulations of the parties;

(2) Dismissed Plaintiff's RICO claim against Defendant Brent Johnson with prejudice (Doc. No. 99), upon Johnson's Motion to Dismiss;

(3) Dismissed Defendant Frank W. Delahanty III's third-party claims against Jeff Hagen and cross-claims against Defendant Brian Baldwin without prejudice (Doc. Nos. 104, 105), upon stipulations of the parties;

(4) Granted default judgment such that Plaintiff Integrity Dominion Funds LLC shall recover of Defendant Lazy Deuce Capital Co., LLC, the sum of $3,368,133.33 plus reasonable costs and attorneys' fees (Doc. No. 161), upon Plaintiff's Motion; and

(5) Declined to exercise supplemental jurisdiction over the remaining claims and dismissed them without prejudice (Doc. No. 161).

| March 6, 2014 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Katie Thompson |
| | (By)                Katie Thompson,   Deputy Clerk |